IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08- _____ |
| v. | : | DATE FILED: October 8, 2008 |
| DANIEL EARL EYSTER | : | VIOLATION: |
| a/k/a "Daniel Eyster" | : | 18 U.S.C. § 2251(a) (sexual exploitation of children)<br>Notice of forfeiture |

### I N D I C T M E N T

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From in or about November 2007 and continuing through in or about July 2008, in the Eastern District of Pennsylvania, and elsewhere, defendant

**DANIEL EARL EYSTER,**
**a/k/a "Daniel Eyster,"**

employed, used, persuaded, induced, enticed, and coerced, minors, known to the grand jury as "LP," "KP," "SP," and "RP," to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, that is, approximately 75 digital photographs contained in a Sandisk thumb drive, in files named "Thanksgiving 2007" and "K&S," which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and 2251(e).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

    1.    As a result of the violation of Title 18, United States Code, Section 2251(a) set forth in this indictment, defendant

**DANIEL EARL EYSTER,**
a/k/a "Daniel Eyster,"

shall forfeit to the United States of America:

    (a)    any visual depiction described in 18 U.S.C. § 2251, and any book, magazine, periodical, film, videotape, or other material containing such visual depiction, including without limitation a Sandisk thumb drive, a Kodak model DC240 digital camera, and a 128 MB memory card;

    (b)    any property, real or personal, constituting or traceable to gross profits or proceeds obtained from the offense; and

    (c)    any property, real or personal, used or intended to be used to commit or to promote the commission of the offense and any property traceable to such property, including but not limited to the real property located at 4 Cameron Court, Adamstown, Lancaster County, Pennsylvania.

    2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

  (d)  has been substantially diminished in value; or

  (e)  has been co-mingled with other property which cannot be divided without difficulty;

then it is the intent of the United States, pursuant to Title 18 United States Code, Section 2253(b) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

  All pursuant to Title 18, United States Code Section 2253.

               **A TRUE BILL:**

               _____
               **FOREPERSON**

_____
**LAURIE MAGID**
**Acting United States Attorney**