IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIM. NO. 08-0618 |
| DANIEL EARL EYSTER, | : |
| a/k/a "Daniel Eyster," | : |

### NOTICE OF LIS PENDENS - #4 CAMERON COURT

NOTICE IS HEREBY GIVEN that the above captioned action has been commenced and is now pending in the United States District Court for the Eastern District of Pennsylvania between the above named parties.

The above-captioned action is a criminal Indictment charging sexual exploitation of children, in violation of Title 18, U.S.C. § 2251(a).

The Indictment includes a Notice of Forfeiture which avers that the real property described below and commonly known as 4 Cameron Court, Adamstown Township, Lancaster County, Pennsylvania, is property used, in any manner or part to facilitate, the commission of the violations of Title 81, U.S.C. § 2251(a), and subject to forfeiture pursuant to Title 18, U.S.C. § 2253 and Title 21, U.S.C. § 853. The United States seeks forfeiture of the property, and any and all proceeds from the sale thereof.

The name of the person whose estates or interests are intended to be affected by the criminal forfeiture the defendants. The last known owners of record is **CHARLOTTE M. EYSTER and DANIEL E. EYSTER.**

The property to be forfeited by reason of the foregoing and pursuant to the provisions contained in Title 18, United States Code, Section 2253(b) and Title 21, United

States Code, Section 853, and to which this Lis Pendens refers is described in the most recent deed of record at the Office of the Recorder of Deeds for Lancaster County, Pennsylvania, at Document Id #5625383, dated June 7, 2007, as owned by **CHARLOTTE M. EYSTER and DANIEL E. EYSTER,** and is further described as follows:

> **ALL THAT CERTAIN** lot or piece of ground Situate in Adamstown Borough, Lancaster County, Pennsylvania, bounded and described according to a Final Plan of Rose Hill Farms, drawn by Rettew Associates, Inc., dated June 5, 2002 and last revisited December 23, 2003, said Plan recorded in Lancaster County in Plan Book J-223, page 137, as follows, to wit:
>
> **BEGINNING** at a point of curve on the Easterly side of Cameron Court (50 feet wide), said point being a corner of Lot No. 25 on said Plan; thence extending from said point of beginning along Lot No. 25 North 89 degrees 05 minutes 36 seconds East 115.00 feet to a point, a corner of Lot No. 23 on said Plan; thence extending along same and along Lot No. 22 South 07 degrees 24 minutes 15 seconds East 71.26 feet to a popint, a corner of Lot No. 27 on said Plan; thence extending along same North 84 degrees 45 minutes 15 seconds West 126.87 feet to a point of curve on the Easterly side of Cameron Court; thence extending along same Northwardly along the arc of a circlue curving to the left having a radius of 533.75 feet the arc distance of 57.32 feet to the first mentioned point and place of BEGINNING.
>
> **CONTAINING** 7,671 square feet of land.
>
> **BEING** Lot No. 26 as shown on the abovementioned Plan.
>
> **BEING PARCEL NUMBER** 010-05188-0-0000
>
> **BEING PART OF THE SAME PREMISES WHICH** Rosehill Land Corp. a Pa. Corporation by Deed dated 6/30/03 and recorded 7/29/03 in Document ID#5213945, Lancaster County Records, granted and conveyed unto Red School, LLC.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

LAURIE MAGID  
Acting United States Attorney

_____  
FRANK A. LABOR III  
Assistant United States Attorney

Dated: 11/24/08