IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 08-618 |
| : | United States District Court |
| CHARLOTTE M. EYSTER : | |
| DANIEL EARL EYSTER : | Eastern District of Pennsylvania |
| : | |
| THE REAL PROPERTY LOCATED : | |
| AT **4 CAMERON COURT,** : | |
| ADAMSTOWN TOWNSHIP, : | |
| LANCASTER COUNTY, PENNSYLVANI A : | |

## **RELEASE OF LIS PENDENS**

NOW COMES THE UNITED STATES OF AMERICA, by and through its undersigned attorney, and hereby releases its previously-filed notice of lis pendens with respect to United States v. Daniel E. Eyster, Criminal No. 08-618, against the premises commonly known as 4 Cameron Court, Adamstown Township, Lancaster County, Pennsylvania, such Notice having been entered in the records of the Office of the Prothonotary for Lancaster County, Pennsylvania on December 9, 2008 at CI-08-13945. The legal description being:

## **4 CAMERON COURT, ADAMSTOWN TOWNSHIP, LANCASTER COUNTY**

ALL THAT CERTAIN lot or piece of ground Situate in Adamstown Borough, Lancaster County, Pennsylvania, bounded and described according to a Final Plan of Rose Hill Farms, drawn by Rettew Associates, Inc., dated June 5, 2002 and last revisited December 23, 2003, said Plan recorded in Lancaster County in Plan Book J-223, page 137, as follows, to wit:

BEGINNING at a point of curve on the Easterly side of Cameron Court (50 feet wide), said point being a corner of Lot No. 25 on said Plan; thence extending from said point of beginning along Lot No. 25 North 89 degrees 05 minutes 36 seconds East 115.00 feet to a point, a corner of Lot No. 23 on said Plan; thence extending along same and along Lot No. 22 South 07 degrees 24 minutes 15 seconds East 71.26 feet to a point, a corner of Lot No. 27 on said Plan; thence extending along same North 84 degrees 45 minutes 15 seconds West 126.87 feet to a point of curve on the Easterly side of Cameron Court thence extending along same Northwardly along the arc of a circle curving to the left having a radius of 533.75 feet the arc distance of 57.32 feet to the first mentioned point and place of BEGINNING.

CONTAINING 7,671 square feet of land.

BEING Lot No. 26 as shown on the abovementioned Plan.

BEING PARCEL NUMBER 010-05188-0-0000

BEING PART OF THE SAME PREMISES WHICH Rosehill Land Corp. a Pa. Corporation by Deed dated 6/30/03 and recorded 7/29/03 in Document ID #5213945, Lancaster County Records, granted and conveyed unto Red School, LLC.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

ZANE DAVID MEMEGER
United States Attorney

_____
FRANK A. LABOR, III
Assistant United States Attorney

DATE: April 11, 2012